IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JABAR M. LOCKHART,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3998

Opinion filed January 22, 2015.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Jabar M. Lockhart, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.